FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 1 4 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**Occupy Public Land**
3054 N. Edith Bvld.
Tucson, Ariz. 85716
John Thomas Cooper, Jr.
Executive Organizer
Secretarial Working Group
E-Mail: southwestrecords@gmail.com
Phone: (520) 272-9070

**Occupy Public Land**
3054 N. Edith Bvld.
Tucson, Ariz. 85716
Jon McLane
Chief Executive Organizer
Field Outreach Working Group
E-Mail: jonathanmclane@yahoo.com
Phone: (520) 329-9192

**CV15-0013 TUC JAS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JON MCLANE, et. al.<br><br>    Plaintiffs,<br>vs.<br><br>CITY OF TUCSON, et. al.<br><br>    Defendants. | Case No.:<br><br>**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |

Pursuant to 28 U.S.C § 1915, Plaintiffs request the Court for Leave to Proceed *In Forma Pauperis* in this action, allowing Plaintiffs to file this Civil Rights Action without the prepayment of filing fees. This Motion is made for the following reasons:

As stated in Plaintiffs' Declarations in Support of Request for Leave to Proceed *In Forma Pauperis* attached hereto, Plaintiffs are homeless and have no money with which to pay the filing fees necessary for them to litigate this court action to protect their constitutional rights.

Pursuant to 28 U.S.C § 1915,

> [a]ny court of the United States may authorize the commencement, prosecution, or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees and cost or security therefore, by a person who makes affidavit that he is unable to pay such cost or give security therefore.

As Plaintiffs are homeless and without means to prepay the filing fee, the court should waive the fee requirement pursuant to 28 U.S.C § 1915(a), and issue an Order directing the United States Marshal Service to issue and serve process on Defendants without the prepayment of fees. 28 U.S.C § 1915(c).

**RESPECTFULLY SUBMITTED** this 14th day of January, 2015.

_____  
John Cooper, Jr.  
*Pro Se* Plaintiff

_____  
Jonathan McLane  
*Pro Se* Plaintiff