**Occupy Public Land**
**3054 N. Edith Bvld.**
**Tucson, Ariz. 85716**
John Thomas Cooper, Jr.
Executive Organizer
Secretarial Working Group
E-Mail: southwestrecords@gmail.com
Phone: (520) 272-9070

**Occupy Public Land**
**3054 N. Edith Bvld.**
**Tucson, Ariz. 85716**
Jon McLane
Chief Executive Organizer
Field Outreach Working Group
E-Mail: jonathanmclane@yahoo.com
Phone: (520) 329-9192

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 14 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JON MCLANE, et. al. | Case No.: |
| Plaintiffs, | |
| vs. | **DECLARATION IN SUPPORT OF REQUEST FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |
| CITY OF TUCSON, et. al. | |
| Defendants. | |

JOHN THOMAS COOPER, JR, states under penalty of perjury:

1). I am a Plaintiff in the above entitled action pursuant to 42 U.S.C. § 1983 for declaratory and injunctive relief and monetary damages to redress the unconstitutional denial of Plaintiffs' rights to free speech, expression, and assembly guaranteed by the First and Fourteenth Amendments to the United States Constitution; and Plaintiffs' rights under the Fourth and Fourteenth Amendments to the United States Constitution to due process, equal protection, the right to travel and to be free of unreasonable searches and seizures.

2). I make this Declaration in Support of my Request for Leave to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915.

3). I am currently homeless, with a physical address of 99 South Church Ave., Tucson, Ariz. 85701. My mailing address is 3054 N. Edith Bvld., Tucson, Ariz. 85716.

4). I currently am unemployed, have no steady income and do not own any cash, bank accounts, real property, stocks, bonds, notes, automobiles or other valuable property.

I, the undersigned individual proceeding *in propria persona*, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury that the factual statements made herein are based upon information personally known to me, are true to the best of my knowledge, and that I believe I am entitled to relief.

DATED this 14th day of January, 2015.

_____
John Cooper, Jr.
*Pro Se* Plaintiff