# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jon McLane, et al., | No. 4:15-CV-13-JAS |
| Plaintiffs, | |
| v. | **ORDER** |
| City of Tucson, et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' Motion for Leave to Proceed In Forma Pauperis (Doc. 2). However, a review of the record reflects that the parties and subject matter substantially overlap with the ongoing litigation in *Cooper, et al. v City of Tucson, et al.*, 12-CV-00208-DCB. Among other things, the plaintiffs and defendants are substantially the same people and entities, and the subject matter overlaps significantly.

Therefore, Plaintiffs are ordered either to show cause as to why this case should not be consolidated with *Cooper* or file simultaneous Motions to Consolidate in this Court and with Judge Bury's Court in the pending litigation. If Plaintiffs do not show cause or file those Motions **ON OR BEFORE APRIL 1, 2015**, this action may be dismissed.

Dated this 4th day of March, 2015.

| 1 | |
| 2 | _____ |
| 3 | Honorable James A. Soto |
|   | United States District Judge |