**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jon McLane, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>City of Tucson, et al.,<br><br>　　　　　　Defendants. | No.  4:15-CV-13-JAS<br><br><br>**ORDER** |

Pending before the Court are Plaintiffs' Motion for Order to Show Cause re: Request for Temporary Restraining Order and Motion to Exceed Page Limit for Memorandum in Support of Temporary Restraining Order.  The Motion to Exceed Page Limit is GRANTED.  The Defendants are ordered to file a response to the Motion for Order to Show Cause (which the Court will construe as a motion for preliminary injunction as Defendants appear to have been given notice of the filing) no later than July 17, 2015.  No reply will be permitted.

Dated this 29th day of June, 2015.

Honorable James A. Soto
United States District Judge