# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jon McLane, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Tucson, et al.,<br><br>    Defendants. | No. 4:15-CV-13-JAS<br><br><br>**ORDER** |

On March 4, 2014, this Court ordered the parties either to show cause as to why this case should not be consolidated with a similar case pending before Judge Bury, *Cooper, et al. v. City of Tucson, et al.*, 12-CV-00208-DCB, or to file a motion for consolidation of the cases (Doc. 4). Plaintiffs filed a Motion to Consolidate Related Cases in front of Judge Bury, which was denied on March 30, 2015 (Doc. 10). That Order, however, noted that there may be "duplicative claims which are subject to dismissal or a stay." The parties are, therefore, ordered to file simultaneous briefs addressing (1) which claims, if any, should be dismissed because they overlap with issues presented in 12-CV-00208-DCB, and (2) whether the case should be stayed pending the resolution of issues in 12-CV-00208-DCB. Those briefs shall be filed no later than July 31, 2015. Replies shall be filed no later than August 14, 2015.

Dated this 30th day of June, 2015.

_____
Honorable James A. Soto
United States District Judge