# REQUEST BY NON-PRISONER PRO SE PARTY
# FOR ELECTRONIC NOTICING

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL - 2 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-13
15-~~008~~-JAS

This form is to be used when requesting notice of filings be received electronically. The following information is required:

Personal Information

First Name _John_ ~~Cooper~~ Middle Name _Thomas_

Last Name _Cooper_ _____ Generation _____

Address _3054 N. Edith St_

City _Tucson_ State _AZ_ Zip Code _85716_

Telephone Number _(520) 818-8774_

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents

E-mail address designated for noticing:

_SouthwestRecords@gmail.Com_

**Note: You must promptly notify the Clerk's Office, in writing, if there is a change in your designated e-mail address.**

E-mail type:

☒ HTML – Recommended for most e-mail clients

☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

By submitting this request form, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice of Electronic Filing will allow one free look at the document, and any attached .pdf may be printed or saved. After the free look viewing, a user must have a PACER account to query documents in the case. To register for PACER, a user must complete the on-line form or submit a registration form available on the PACER website http://www.pacer.gov.

_7/2/2015_
Date

_[signature]_
Participant Signature