**Occupy Public Land**
**3054 N. Edith Bvld.**
**Tucson, Ariz. 85716**
John Thomas Cooper, Jr.
Executive Organizer
Secretarial Working Group
E-Mail: southwestrecords@gmail.com
Phone: (520) 818-8734

Jon McLane
Chief Executive Organizer
Field Outreach Working Group
E-Mail: jonathanmclane@yahoo.com
Phone: (520) 329-9192



FILED ___ LODGED
RECEIVED ___ COPY
JUL - 6 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JON MCLANE, et. al., | Case No.: 4:15-CV-13-JAS |
| Plaintiffs, | |
| vs. | **MOTION FOR LEAVE TO PROCEED** *IN FORMA PAUPERIS* |
| CITY OF TUCSON, et. al., | |
| Defendants. | |

Pursuant to 28 U.S.C § 1915 and the order of the Court dated June 30, 2015, Plaintiffs request the Court for Leave to Proceed *In Forma Pauperis* in this action, allowing Plaintiffs to file this Civil Rights Action without the prepayment of filing fees. This Motion is made for the following reasons:

As stated in Plaintiffs' Declarations in Support of Request for Leave to Proceed *In Forma Pauperis* attached hereto, Plaintiffs are homeless and have no money with which to pay the filing fees necessary for them to litigate this court action to protect their constitutional rights.

Pursuant to 28 U.S.C § 1915,

[a]ny court of the United States may authorize the commencement, prosecution, or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees and cost or

-1-

Occupy Public Land
3054 N. Edith Blvd.
Tucson, Ariz. 85716

security therefore, by a person who makes affidavit that he is unable to pay such cost or give security therefore.

As Ordered by the Court, Plaintiffs have completed and attached U.S. District Court Form AO239 ("Application to Proceed in District Court Without Prepaying Fees or Costs") to their Declarations in Support of Request for Leave to Proceed *In Forma Pauperis* filed herewith.

As Plaintiffs are homeless and without means to prepay the filing fee, the court should waive the fee requirement pursuant to 28 U.S.C § 1915(a), and issue an Order directing the United States Marshal Service to issue and serve process on Defendants without the prepayment of fees. 28 U.S.C § 1915(c).

RESPECTFULLY SUBMITTED this 3rd day of July, 2015.

_____
John Cooper, Jr.
*Pro Se* Plaintiff

_____
Jonathan McLane
*Pro Se* Plaintiff

Copies of the forgoing delivered
This date to:

Christopher E. Avery
Principal Assistant City Attorney for Michael G. Rankin
**Tucson City Attorney**

Occupy Public Land
3054 N. Edith Blvd.
Tucson, Ariz. 85716