Occupy Public Land
3054 N. Edith Bvld.
Tucson, Ariz. 85716
John Thomas Cooper, Jr.
Executive Organizer
Secretarial Working Group
E-Mail: southwestrecords@gmail.com
Phone: (520) 818-8734

Jon McLane
Chief Executive Organizer
Field Outreach Working Group
E-Mail: jonathanmclane@yahoo.com
Phone: (520) 329-9192

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JON MCLANE, et. al.<br><br>        Plaintiffs,<br>vs.<br><br>CITY OF TUCSON, et. al.<br><br>        Defendants. | Case No.: 4:15-CV-13-JAS<br><br>**DECLARATION IN SUPPORT OF REQUEST FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*** |

JOHN THOMAS COOPER, JR, states under penalty of perjury:

1). I am a Plaintiff in the above entitled action pursuant to 42 U.S.C. § 1983 for declaratory and injunctive relief and monetary damages to redress the unconstitutional denial of Plaintiffs' rights to free speech, expression, and assembly guaranteed by the First and Fourteenth Amendments to the United States Constitution; and Plaintiffs' rights under the Fourth and Fourteenth Amendments to the United States Constitution to due process, equal protection, the right to travel and to be free of unreasonable searches and seizures.

2). I make this Declaration in Support of my Request for Leave to Proceed *In Forma Pauperis* pursuant to 28 U.S.C. § 1915.

3). I am currently homeless, with a physical address of 99 South Church Ave., Tucson, Ariz. 85701. My mailing address is 3054 N. Edith Bvld., Tucson, Ariz. 85716.

4). I currently am unemployed, have no steady income and do not own any cash, bank accounts, real property, stocks, bonds, notes, automobiles or other valuable property. As Ordered by the Court, I have completed and attached U.S. District Court form AO239 ("Application to Proceed in District Court Without Prepaying Fees or Costs").

I, the undersigned individual proceeding *in propria persona*, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury that the factual statements made herein are based upon information personally known to me, are true to the best of my knowledge, and that I believe I am entitled to relief.

DATED this 3rd day of July, 2015.

John Cooper, Jr.
*Pro Se* Plaintiff