Christopher E. Avery
Principal Assistant City Attorney for
Michael G. Rankin
CITY ATTORNEY
P.O. Box 27210
Tucson, AZ 85726-7210
Telephone: (520) 791-4221
Fax: (520) 791-4188
christopher.avery@tucsonaz.gov
State Bar No. 013744
*Attorneys for Defendants*

IN THE UNITED STATED DISTICT COURT

FOR THE DISTRICT OF ARIZONA

| Jonathan McLane, et al., | 4:15-CV-13-JAS |
|---|---|
| Plaintiffs, | **MOTION TO DISMISS PURSUANT TO RULE 12(b)(5), F.R.C.P; RESPONSE TO MOTION FOR ORDER TO SHOW CAUSE** |
| vs. | |
| City of Tucson, *et al*. | |
| Defendants. | (Hon. James A. Soto) |

The Court has ordered Defendants to respond to Plaintiffs' Motion for Order to Show Cause of June 29, 2015, but Defendants must instead file a Motion to Dismiss pursuant to Rule 12(b)(5), F.R.C.P., due to insufficient service of process. Acting *pro se*, Plaintiffs filed their Complaint in this Court on or about January 14, 2015. Plaintiffs have never served the Tucson City Clerk—the statutory agent for the City of Tucson—with a copy of the Complaint or a subsequent Amended Complaint, and 120 days have elapsed since the apparent filing in the present case, so Plaintiffs have not effectuated service of the Complaint upon the City of Tucson. "[S]ervice of process is the means by which a court asserts its jurisdiction over the person." *SEC v. Ross*, 504 F.3d 1130, 1138 (9th Cir. 2007). "[I]n the absence of proper service of process, the district court has no power to render any judgment against the defendant's person or property unless the defendant has consented to jurisdiction or waived the lack of process." *Id*. at 1138-39.

{A0091464.DOCX/}

1

Defendants' counsel has made no appearance in this matter, has not answered the Complaint or filed any responsive pleading with the Court, and has not been provided with any copies of orders or proceedings in this case through the Court's usual notifications. Defendants were only made aware of this Court's Order of June 30, 2015, after being provided with a copy of Plaintiffs' Motion by e-mail and subsequently researching the record on file with the Court. In March 2015, before expiration of the 120-day period for serving the Complaint, Defendants did file a responsive pleading in *Cooper v. Tucson*, 4:12-CV-208-DCB after being notified that a motion to consolidate had been filed in that case. No copy of the Complaint has been served upon Defendants after the motion to consolidate was denied in that case.

Rule 4(m), F.R.C.P. provides that this Court must either dismiss the action without prejudice to Defendants or order that service be made within a specified time. Counsel for Defendants is currently preparing for an oral argument scheduled in the Ninth Circuit Court of Appeals on August 11, 2015, in *Cooper v. City of Tucson*, No. 4:12-CV-208-DCB, which, as briefed, presents similar issues as those presented in Plaintiffs' Motion for Order to Show Cause, so dismissal would not foreclose Plaintiffs' access to judicial remedies.

**CONCLUSION**

For the foregoing reasons, the City therefore respectfully requests that this Court dismiss Plaintiffs' complaint against Defendants pursuant to Rule 4(m), F.R.C.P.

DATED: July 17, 2015.

          MICHAEL G. RANKIN
          City Attorney


          By: /s/Christopher E. Avery
              Christopher E. Avery
              Principal Assistant City Attorney

| | |
|---|---|
| 1 | I hereby certify that on July 17, 2015, I electronically transmitted Defendants' Motion to Dismiss to Rule 12(b)(5), F.R.C.P.; Response to Motion for Order to Show Cause to the Clerk's Office using the CM/ECF System for filing and sent a copy of this pleading by mail to the Plaintiffs at the following address: |

1  I hereby certify that on July 17, 2015, I electronically transmitted Defendants' Motion to Dismiss to Rule 12(b)(5), F.R.C.P.; Response to Motion for Order to Show Cause to the Clerk's Office using the CM/ECF System for filing and sent a copy of this pleading by mail to the Plaintiffs at the following address:

    Jon McLane
    John Thomas Cooper, Jr.
    3054 N. Edith Boulevard
    Tucson, Arizona 85716

By: s/Diana Grijalva

{A0091464.DOCX/}

3