Christopher E. Avery
Principal Assistant City Attorney for
Michael G. Rankin
CITY ATTORNEY
P.O. Box 27210
Tucson, AZ 85726-7210
Telephone: (520) 791-4221
Fax: (520) 791-4188
christopher.avery@tucsonaz.gov
State Bar No. 013744
*Attorneys for Defendants*

IN THE UNITED STATED DISTICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan McLane, et al., <br><br> Plaintiffs, <br> vs. <br><br> City of Tucson, *et al*. <br><br> Defendants. | 4:15-CV-13-JAS <br><br> **NOTICE OF FILING A MOTION TO DISMISS PURSUANT TO RULE 12(b)(5), F.R.C.P; RESPONSE TO ORDER TO BRIEF DISMISSAL OR STAY** <br><br> (Hon. James A. Soto) |

On June 30, this Court ordered Defendant City of Tucson to file a brief addressing (1) which claims, if any, should be dismissed because they overlap with issues presented in 12-CV-00208-DCB, and (2) whether the case should be stayed pending the resolution of issues in the same case. As with Plaintiffs' Motion for Order to Show Cause of June 29, 2015, Defendants must instead direct the Court to the City of Tucson's Motion to Dismiss pursuant to Rule 12(b)(5), F.R.C.P., filed July 17, 2015, due to insufficient service of process. Acting *pro se*, Plaintiffs filed their Complaint in this Court on or about January 14, 2015. Plaintiffs have never served the Tucson City Clerk—the statutory agent for the City of Tucson—with a copy of the Complaint or a subsequent Amended Complaint, and 120 days have elapsed since the apparent filing in the present case, so Plaintiffs have not effectuated service of the Complaint upon the City of Tucson. "[S]ervice of process is the

{A0093270.DOCX/}

1

means by which a court asserts its jurisdiction over the person." *SEC v. Ross*, 504 F.3d 1130, 1138 (9th Cir. 2007). "[I]n the absence of proper service of process, the district court has no power to render any judgment against the defendant's person or property unless the defendant has consented to jurisdiction or waived the lack of process." *Id.* at 1138-39. On July 20, 2015, Plaintiffs filed a Response to [the City of Tucson's] Motion to Dismiss, implicitly admitting that they have yet to serve the City of Tucson with the Complaint in this matter.

## CONCLUSION

The City therefore respectfully notifies this Court of the Motion to Dismiss that was filed on July 17, 2015, and affirms its request that this Court dismiss Plaintiffs' Complaint against Defendants pursuant to Rule 4(m), F.R.C.P.

DATED: July 31, 2015.

                        MICHAEL G. RANKIN
                        City Attorney


                        By:  s/Christopher E. Avery
                            Christopher E. Avery
                            Principal Assistant City Attorney

I hereby certify that on July 31, 2015, I electronically transmitted Defendants' Motion to Dismiss to Rule 12(b)(5), F.R.C.P.; Response to Motion for Order to Show Cause to the Clerk's Office using the CM/ECF System for filing and sent a copy of this pleading by mail to the Plaintiffs at the following address:

    Jon McLane
    John Thomas Cooper, Jr.
    3054 N. Edith Boulevard
    Tucson, Arizona 85716

By*: s/Diana Grijalva*

{A0093270.DOCX/}