# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jon McLane, et al., | No. 4:15-CV-13-TUC-JAS |
| Plaintiffs, | |
| v. | **ORDER** |
| City of Tucson, et al., | |
| Defendants. | |

Pending before the Court are: Plaintiffs' Application for Leave to Proceed In Forma Pauperis (Doc. 20); Defendants' Motion to Dismiss Case Pursuant to Rule 12(b)(5) (Doc. 22); and Plaintiff's Motion for Order on Pending Motions (Doc. 11).

Plaintiffs' Application (Doc. 20) is GRANTED. Pursuant to 28 U.S.C. § 1915, Plaintiffs qualify to proceed in forma pauperis. As such, the U.S. Marshals are directed to effect service on Defendants in this case, including a copy of the summons, the complaint, and this order at the address listed on the docket for the attorney representing defendants. Fed. R. Civ. P. 4(c)(3).

Defedants' Motion to Dismiss (Doc. 22) is DENIED. Defendants are correct that Plaintiffs did not serve them within the applicable time limits. However, much of that time was consumed with determining whether this case should properly be consolidated with a potentially related case pending in the district. Now that it has been determined that consolidation is not proper at this point, this case will move forward. Defendants will be served by the marshals pursuant to this order.

| | |
|---|---|
| 1 | Defendants are hereby ordered to file a response to Plaintiffs' Order to Show |
| 2 | Cause (which has been construed as a motion for preliminary injunction) (Doc. 15) and |
| 3 | respond to this Court's Order addressing which issues, if any, should be dismissed or |
| 4 | stayed pursuant to Judge Bury's Order denying consolidation (which has been lodged as |
| 5 | Docket 10 in this case) **ON OR BEFORE October 30, 2015**. |
| 6 | This Order serves as an update on the case. Plaintiffs' Motion for Order (Doc. 11) |
| 7 | is, therefore, DENIED AS MOOT. |
| 8 | Dated this 22nd day of September, 2015. |

Honorable James A. Soto
United States District Judge